**LAUREL EMPLOYMENT LAW**
Joshua I. White (State Bar No. 278166)
josh@laurelemploymentlaw.com
Erin C. Cole (State Bar No. 341161)
erin@laurelemploymentlaw.com
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401
Telephone: (323) 551-9221
Facsimile: (310) 564-4093

JS-6

Attorneys for Plaintiff,
Bianca Perez

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA PEREZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ONEROOM HEALTH, INC., a Delaware Corporation; KURT BRENKUS, an individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00940-PA-ACCV<br>  ORDER RE<br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge: Hon. District Judge Percy Anderson<br>Courtroom: 9A, 9th Floor |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

Plaintiff Bianca Perez and Defendants OneRoom Health, Inc. and Kurt Brenkus, by and through their respective counsel of record, hereby stipulate and jointly request pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action, including all claims and causes of action asserted therein, be dismissed in its entirety with prejudice as to all parties.

The Parties have entered into a Confidential Settlement Agreement and General Release resolving all claims asserted in this action.

**IT IS SO STIPULATED.**

Dated: April 17, 2026          **LAUREL EMPLOYMENT LAW**


 /s/ Erin Cole
_____
Erin C. Cole
Joshua I. White
Attorneys for Plaintiff, BIANCA PEREZ


Dated: April 17, 2026          **MORGAN, LEWIS & BOCKIUS LLP**
/s/ Ulises Solis
_____
Michael D. Weil
Camille A. Watson
Ulises Solis
Attorneys for Defendants, ONEROOM HEALTH, INC. and KURT BRENKUS

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

## <u>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL</u> <u>OF ENTIRE</u> <u>ACTION WITH PREJUDICE</u>

The Court, having reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice submitted by Plaintiff Bianca Perez and Defendants OneRoom Health, Inc. and Kurt Brenkus, by and through their respective counsel of record, and good cause appearing therefor:

IT IS HEREBY ORDERED the above-captioned action, including all claims and causes of action asserted by any party therein, is hereby dismissed in its entirety with prejudice.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: April 17, 2026

_____
PERCY ANDERSON
United States District Judge

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER

<u>**PROOF OF SERVICE**</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 808 Wilshire Boulevard, Suite 200 Santa Monica, CA 90401.

On April 17, 2026, I served the foregoing document(s):

- **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**

on all interested parties in this action as set forth below:

| **MORGAN, LEWIS & BOCKIUS LLP** Michael D. Weil, Esq. michael.weil@morganlewis.com Camille A. Watson, Esq. camille.watson@morganlewis.com Ulises Solis, Esq. ulises.solis@morganlewis.com 1400 Page Mill Road Palo Alto, CA  94304 | Counsel for Defendants OneRoom Health, Inc. and Kurt Brenkus |
|---|---|

☒ **ECF NOTIFICATION**: I caused the above document(s) to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 17, 2026, in San Diego, California.

/s/ Florence L. Goldson
Florence L. Goldson